**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Southern New England, Inc.** | ) | Case No.: 05cv10302DPW |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S REQUEST** |
| | ) | **FOR ENTRY OF DEFAULT** |
| vs. | ) | |
| | ) | |
| **Louis Connor** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

Now comes the Plaintiff Comcast of Southern New England, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendant Louis Connor (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendant has failed to appear, has failed to serve a responsive pleading, and has failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against Defendant. The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

                                                   Respectfully Submitted for the Plaintiff,
                                                 Comcast of Southern New England, Inc.
                                                 By Its Attorney,

3/28/2005                                       /s/ John M. McLaughlin
Date                                           John M. McLaughlin
                                               **Green, Miles, Lipton & Fitz-Gibbon**
                                               77 Pleasant Street
                                               P.O. Box 210
                                               Northampton, MA 01061
                                               Telephone: (413) 586-0865
                                               BBO No. 556328

### CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 28th day of March, 2005, a copy of the foregoing Request for Default was mailed first class to:

Louis Connor
43 Trull Road
Tewksbury, MA 01876

                                                /s/ John M. McLaughlin
                                           John M. McLaughlin, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Southern New England, Inc.** | ) | Case No.: 05cv10302DPW |
| | ) | |
| **Plaintiff,** | ) | **AFFIDAVIT OF ATTORNEY FOR** |
| | ) | **PLAINTIFF'S REQUEST** |
| **vs.** | ) | **FOR DEFAULT** |
| | ) | |
| **Louis Connor** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |
| | ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On February 15, 2005, the Plaintiff filed a Complaint against the Defendant, **Louis Connor**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On February 24, 2005, the said Defendant was served **by leaving at the last and usual place of abode, by Deputy Sheriff George A. Hooper** (see copy of Deputy Sheriff's Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6. I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this 28th day of March, 2005.

        Respectfully Submitted for the Plaintiff,
        Comcast of Southern New England, Inc.
        By Its Attorney,


        /s/ John M. McLaughlin
        John M. McLaughlin
        **Green, Miles, Lipton & Fitz-Gibbon**
        77 Pleasant Street
        P.O. Box 210
        Northampton, MA 01061
        Telephone: (413) 586-0865
        BBO No. 556328

**EXHIBIT A**

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of SNE, Inc.

V.

Louis Connor

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 - 10302 DPW

TO: (Name and address of Defendant)

Louis Connor
43 Trull Road
Tewksbury, MA 01876

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB 15 2005

CLERK                                    DATE

(By) DEPUTY CLERK

05UU56 49

AO 440 (Rev. 10/93) Summons in a Civil Action



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

February 24, 2005

I hereby certify and return that on 2/24/2005 at 9:45AM I served a true and attested copy of the SUMMONS, COMPLAINT, COVER SHEET, CORPORATE DISCLOSURE, CASE COVERSHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of LOUIS CONNOR, 43 TRULL Road TEWKSBURY, MA 01876 and by mailing 1st class to the above address on 2/24/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($1.50), Postage and Handling ($3.00), Travel ($13.44) Total Charges $47.94

George A. Hooper

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                            Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Southern New England, Inc.** ) | **Case No.: 05-10302 DPW** |
| ) | |
| **Plaintiff,** ) | **ORDER FOR NOTICE OF REQUEST** |
| ) | **FOR DEFAULT** |
| **vs.** ) | |
| ) | |
| **Louis Connor,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| ) | |

Upon application of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

                                            BY THE COURT

                                            _____

                                            Deputy Clerk