UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Southern New England, Inc. )<br>　　Plaintiffs, )<br>)<br>　　　v. )<br>)<br>)<br>Louis Connor )<br>　　Defendant. ) | CIVIL ACTION<br>NO. 05-cv-10302-DPW |

**NOTICE OF DEFAULT**

Upon application of the Plaintiff for an Order of Default for failure of the Defendant, **Louis Connor**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant **Louis Connor** have been defaulted this **11th day of May 2005**.

　　　　　　　　　　　　　　Sarah A. Thornton
　　　　　　　　　　　　　　Clerk

　　　　　　　　　　by:   _/s/ Richard Nici_____
　　　　　　　　　　　　　　Deputy Clerk