**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Southern New England, Inc. ("Comcast")** ) | Case No.: 1:05-cv-10302-DPW |
| ) | |
| **Plaintiff,** ) | PLAINTIFF'S MOTION TO EXTEND TIME TO MOVE FOR DEFAULT JUDGMENT |
| **vs.** ) | |
| **Louis Connor** ) | |
| **Defendant** ) | |

**NOW COMES** Plaintiff in the above-captioned case respectfully requests that this Court to extend the deadline for the Plaintiff to move for default judgment to August 25, 2005.

As grounds, the Plaintiff states:

1. In light of recent case law Plaintiff intends to file an Affidavit in support of its Motion for Default Judgment.

2. The Affidavit that the Plaintiff intends to file will be extensive and may require input from an out-of-state employee of Comcast.

3. Plaintiff's Counsel requires more time to obtain executed Affidavit.

4. Plaintiff has yet to be contacted by the Defendant or anyone on his behalf.

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that no one has appeared on the part of the Defendant. Accordingly this motion can go forward.

In further support of this motion, see affidavit of John M. McLaughlin

                                                  Respectfully Submitted for the Plaintiff,
                                                  By Its Attorney

7/25/05                                  /s/ John M. McLaughlin
Date                                    John M. McLaughlin (BBO: 556328)
                                          **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                          77 Pleasant Street
                                          P.O. Box 210
                                          Northampton, MA 01061-0210
                                          (413) 586-0865

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 27th day of July 2005, a copy of the foregoing motion and affidavit were sent via electronic mail to

Louis Connor
43 Trull Road
Tewksbury, MA 01876

                                            <u>/s/ John M. McLaughlin</u>
                                            John M. McLaughlin