**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Southern New England, Inc. ("Comcast")** | ) | Case No.: 1:05-cv-10302-DPW |
| | ) | |
| **Plaintiff,** | ) | **PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO MOVE FOR DEFAULT JUDGMENT** |
| vs. | ) | |
| **Louis Connor** | ) | |
| **Defendant** | ) | |

**NOW COMES** Plaintiff in the above-captioned case respectfully requests that this Court to extend the deadline for the Plaintiff to move for default judgment to September 16, 2005. As grounds, the Plaintiff states:

1. An employee of Comcast has been diligently working on an affidavit that the Plaintiff intends to file in support of its Motion for Default Judgment.
2. Certain records that the Comcast employee wishes to utilize to assist in the assessment of statutory damages by way of estimating actual damages are now located in off-site storage. These records may take a further week or more to obtain.
3. In light of the above, Plaintiff's Counsel requires more time to obtain executed Affidavit.
4. Plaintiff has yet to be contacted by the Defendant or anyone on his behalf.

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that no one has appeared on the part of the Defendant. Accordingly this motion can go forward.

In further support of this motion, see affidavit of John M. McLaughlin

                                      Respectfully Submitted for the Plaintiff,
                                      By Its Attorney

8/25 /05                            /s/ John M. McLaughlin
Date                               John M. McLaughlin (BBO: 556328)
                                     **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                     77 Pleasant Street
                                     P.O. Box 210
                                     Northampton, MA 01061-0210
                                     (413) 586-0865

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 25th day of July 2005, a copy of the foregoing motion and affidavit were sent via electronic mail to

Louis Connor
43 Trull Road
Tewksbury, MA 01876

                                        /s/ John M. McLaughlin
                                        John M. McLaughlin

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Southern New England, Inc.** | ) | Case No.: 1:05-cv-10302-DPW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT OF ATTORNEY IN** |
| vs. | ) | **SUPPORT OF PLAINTIFF'S SECOND** |
| | ) | **MOTION TO EXTEND TIME TO MOVE** |
| **Louis Connor** | ) | **FOR DEFAULT JUDGMENT** |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. An employee of Comcast has been diligently working on an affidavit the Plaintiff intends to file in support of its Motion for Default Judgment.
2. Certain records that the Comcast employee wishes to utilize to assist in the assessment of statutory damages by way of estimating actual damages are now located in off-site storage. These records may take a further week or more to obtain.
3. In light of the above, Plaintiff's Counsel requires more time to obtain executed Affidavit.
4. Plaintiff has yet to be contacted by the Defendant or anyone on his behalf.

Subscribed and sworn to, under the pains and penalties of perjury.

8/25/05                                             /s/ John M. McLaughlin
Date                                                 John M. McLaughlin