**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**FIRST EXECUTION**

**CIVIL ACTION NO.** 05-cv-10302-DPW

To the United States Marshal for the District of Massachusetts or either of

his Deputies and to _____, **Special**

**Process Server:**

WHEREAS Comcast of Southern New England, Inc. **has**

recovered judgment against Louis Connor _____

_____ on the 11th **day**

of October, 2005 _____, for the sum of $ 5,683.00 _____,

debt or damage, pre-judgment interest in the amount of $ 0 _____,

and costs of this suit in the amount of $ 297.94 _____, as to us appears of

record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of

the said Judgment Debtor, to cause to be paid and satisfied unto the said

Judgment Creditor, at the value thereof in money, the aforesaid sums, being a

total of $ 5,980.94 _____, in the whole, with interest thereon at the rate

of 4.14% from said day of rendition of said judgment; and thereof also to satisfy

yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings

thereon into the Clerk's Office of our said court, at U.S.D.C. District of MA, Boston

Massachusetts, within Twenty (20) years after the date of said judgment, or within

Ten (10) days after this Writ has been satisfied or discharged.

Dated this 10 day of August 2006 _____.

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk